1   KENNETH R. O'BRIEN, Bar No. 072128
    BARBARA A. BLACKBURN, Bar No. 253731
2   LITTLER MENDELSON
    A Professional Corporation
3   2520 Venture Oaks Way, Suite 390
    Sacramento, CA  95833.4227
4   Telephone:    916.830.7200
    Fax:          916.561.0828
5
    Attorneys for Defendant
6   CON-WAY FREIGHT, INC.

7   ERICA H. KELLEY, Bar No. 221702
    LITTLER MENDELSON
8   A Professional Corporation
    50 West San Fernando Street, 15th Floor
9   San Jose, CA 95113
    Telephone:    408.998.4150
10  Fax:          408.288.5686

11  Attorneys for Defendant
    CON-WAY FREIGHT, INC.

12
                    UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                          SAN JOSE DIVISION
15

16  JOSE ALBERTO FONSECA PINA AND          Case No.  C10 00100 JF
    ROGELIO VIGIL,
17                                          STIPULATION AND [PROPOSED]
                    Plaintiff,              ORDER MODIFYING THE SCHEDULING
18                                          ORDER
            v.
19
    CON-WAY FREIGHT, INC.,
20
                    Defendant.
21  JORGE R. QUEZADA AND ROBERT            Case No.  C 09-03670 JF
    COLON,
22
                    Plaintiff,
23                                          Complaint Filed:  February 17, 2009
            v.
24
    CON-WAY FREIGHT INC.,
25
                    Defendant.
26

27

28

(NO. C10 00100 JF )                        STIP AND [PROP] ORD TO MODIFY
FIRMWIDE:99265637.1 012187.1046            CERTIFICATION BRIEFING SCHEDULE

**TO THE HONORABLE COURT AND THE CLERK OF THE COURT**:

TAKE NOTICE THAT THE undersigned counsel of record for Plaintiffs and Defendant hereby stipulate and request that the Court enter the following Order forthwith:

WHEREAS, Defendants and Plaintiff Quezada agreed that Defendant had priority in taking Plaintiff Quezada's deposition before taking Defendant's Person Most Knowledgeable deposition;

WHEREAS, Defendant has taken the deposition of Plaintiff Quezada;

WHEREAS, after entering into the priority agreement respecting Plaintiff Quezada, counsel for Quezada has assumed the representation of Plaintiff Colon in this action and contemplates associating with counsel for Plaintiffs Vigil and Fonseca;

WHEREAS, Defendants assert that the deposition priority agreement applies to all Plaintiffs;

WHEREAS, Defendant has requested dates to take the remaining Plaintiffs' depositions, Plaintiff's counsel previously proposed alternative dates for Mr. Colon's deposition, but those dates were unavailable on Defendants' counsel's calendar.  As a result of complications arising from a subsequent medical procedure, Mr. Colon is not expected to be fit to give a deposition until January 2011 and;

Whereas, Plaintiff Fonseca Pina is scheduled to return from travel outside the United States before the end of the year, Plaintiffs' counsel expects that the depositions of Messrs. Fonseca and Vigil can also be completed in January 2011.

WHEREAS, once Defendant completes the depositions of all named Plaintiffs, then Plaintiffs intend to notice depositions necessary before filing their motion for class certification;

WHEREAS, the current briefing schedule for Plaintiffs' certification motion does not allow sufficient time for the parties to complete certification-related discovery and prepare their certification motion;

WHEREAS, the parties agree that a continuance of sixty days of the current briefing schedule will allow sufficient time for the parties to complete certification-related discovery and allow Plaintiffs to prepare their motion;

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

(NO. C10 00100 JF )
FIRMWIDE:99265637.1 012187.1046

2.

STIP AND [PROP] ORD TO MODIFY
CERTIFICATION BRIEFING SCHEDULE

1    NOW THEREFORE, the parties hereby request, based on the showing of good cause

2    discussed herein, that the certification briefing schedule be continued sixty days as follows:

3        (1)    Certification Motion Filing Date:  no later than April 15, 2011;

4        (2)    Opposition Filing Date:  no later than June 15, 2011;

5        (3)    Reply Deadline:  no later than July 15, 2011;

6        (4)    Hearing Date:  July 29, 2011 at 9:00 a.m.; and

7        (6)    Further Case Management Conference:  July 8, 2011 at 10:30 a.m.

8        All counsel agree that there have otherwise been no changes in the status of the case

9    since the Case Management Conference and this is the first request for a continuance of dates

10   requested by the parties.

11   Dated: December 20, 2010

12

13                                        /s/ Kenneth R. O'Brien
                                          KENNETH R. O' BRIEN
14                                        ERICA H. KELLEY
                                          LITTLER MENDELSON
15                                        A Professional Corporation
                                          Attorneys for Defendant
16                                        CON-WAY FREIGHT INC.

17

18   Dated: December 20, 2010

19

20                                        /s/ R. Duane Westrup
                                          R. DUANE WESTRUP
21                                        LAWRENCE R. CAGNEY
                                          WESTRUP KLICK, LLP
22                                        Attorneys for Plaintiffs
                                          JOREGE R. QUEZADA AND ROBERT
23                                        COLON

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

(NO. C10 00100 JF )
FIRMWIDE:99265637.1 012187.1046

3.

STIP AND [PROP] ORD TO MODIFY
CERTIFICATION BRIEFING SCHEDULE

1    Dated: December 20, 2010

2

3                                         /s/ Jonathan Che Gettleman
                                          JONATHAN CHE GETTLEMAN
4                                         Attorney for Plaintiffs
                                          JOSE ALBERTO FONSECA PINA AND
5                                         ROGELIO VIGIL

6

7            PURSUANT TO STIPULATION, IT IS SO ORDERED THAT THE BRIEFING

     SCHEDULING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION BE MODIFIED AS
8
     DESCRIBED ABOVE.
9

10   Dated: ____1/5/11____, ~~2010~~

11

12                                        _____
                                          The Honorable Jeremy Fogel
13                                        United States District Judge

14
     Firmwide:99174960.1 012187.1046
15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

(NO. C10 00100 JF )
FIRMWIDE:99265637.1 012187.1046                4.        STIP AND [PROP] ORD TO MODIFY
                                                         CERTIFICATION BRIEFING SCHEDULE