IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Jorge R. Quezada,<br><br>        Plaintiff,<br>  v.<br><br>Con-Way Inc.,<br><br>        Defendant.<br>_____/<br>Jose Alberto Fonseca Pina, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>Con-Way Freight Inc., et al.,<br><br>        Defendants.<br>_____/ | NO. C 09-03670 JW<br>NO. C 10-00100 JW<br><br>**ORDER SETTING HEARING FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND SETTING CASE MANAGEMENT CONFERENCE** |

      These cases were transferred to Chief Judge James Ware on September 28, 2011 and September 29, 2011. (See Docket Item No. 32 in No. C 09-03670; Docket Item No. 50 in No. C 10-00100.) On October 13, 2011, the parties in C 10-00100 (the "Pina Action") filed a Joint Status Report indicating that they have both: (1) "briefed the issue of class certification" in that case; and (2) "discussed the possibility of mediating the case." (Docket Item No. 52 in the Pina Action.) In their Joint Status Report, the parties disagree as to whether the Court should schedule a hearing on

the Motion for Class Certification[1] in that case or hold it "in abeyance pending a further report by the parties regarding the status of the contemplated mediation." (Id.)

Upon review, the Court finds good cause to set a hearing on the Motion for Class Certification since it has been on file since May 2011 and fully briefed since August 2011. The parties' vague reference to contemplated mediation is insufficient to hold a pending Motion in abeyance. Accordingly, the Court sets **January 30, 2012 at 9 a.m.** for a hearing on Plaintiffs' Motion for Class Certification in the Pina Action.

In addition, the Court finds good cause to set a Case Management Conference for these cases. Accordingly, the Court sets **January 30, 2012 at 10 a.m.** for a Case Management Conference for both of these cases. On or before **January 20, 2012**, the parties in each case shall file a Joint Case Management Conference Statement including, *inter alia*, the parties' positions as to whether these cases should be consolidated and how these cases should proceed.

Dated:  December 20, 2011

JAMES WARE
United States District Chief Judge

---

[1] (Plaintiffs' Notice of Motion for Class Certification, hereafter, "Motion for Class Certification," Docket Item No. 39 in the Pina Action.)

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kenneth Richard O'Brien kobrien@littler.com
Lawrence R Cagney lcagney@wkalaw.com
Michael L. Carver carverm@aol.com
Michelle MacEachern Lunde mlunde@carverlaw.com
Paul Scott Cowie pcowie@sheppardmullin.com

**Dated: December 20, 2011**                              **Richard W. Wieking, Clerk**

                                                          **By:    /s/ JW Chambers**
                                                          **Susan Imbriani**
                                                          **Courtroom Deputy**

United States District Court
For the Northern District of California