UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE R. QUEZADA, individually, and on behalf of all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> CON-WAY FREIGHT, INC. <br><br> Defendant. | Case No. C 09-03670 JW <br><br> **ORDER GRANTING STIPULATION CONTINUING SUMMARY JUDGMENT HEARING DATE BY ONE WEEK IN LIGHT OF SCHEDULED MEDIATION** <br><br> Current Hearing Date: May 14, 2012 <br> Time: 9:00 a.m. <br> Courtroom No.: 9 <br><br> Proposed Hearing Date: May 21, 2012 <br> Time: 9:00 a.m. <br> Courtroom No.: 9 <br><br> Complaint Filed: February 17, 2009 |

Pursuant to the parties' stipulation the Court hereby ORDERS that the hearing date on the cross-motions for summary judgment be continued for one week as follows:

    Current Hearing Date: **May 14, 2012**
    Time: 9:00 a.m.
    Courtroom No.: 9

    Proposed Hearing Date: **May 21, 2012**
    Time: 9:00 a.m.
    Courtroom No.: 9

IT IS SO ORDERED.

Dated: April 4, _____, 2012

*/s/ James Ware*
HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

Firmwide:110201064.2 012187.1046