IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JORGE R. QUEZADA,

    Plaintiff,

v.

CON-WAY, INC. and CON-WAY FREIGHT,

    Defendant.

No. C 09-03670 JSW

**ORDER STRIKING MOTION AND REFERRING DISCOVERY DISPUTE**

In violation of this Court's Standing Order, on September 27, 2012, Plaintiff Jorge R. Quezada filed a motion to compel further responses and noticed it to be heard on November 16, 2012. Plaintiff filed this motion in violation of this Court's Standing Order regarding discovery disputes, which requires that all requests for discovery relief must be summarized jointly by the parties in a letter brief in no longer than four pages. (Standing Order ¶ 7.) Accordingly, the Court STRIKES Plaintiff's motion to compel.

The Court FURTHER ORDERS that pursuant to Civil Local Rule 72-1 this matter is referred to a randomly assigned magistrate judge for resolution of the current discovery dispute filed on September 27, 2012 and for resolution of all discovery matters. The parties will be advised of the date, time and place of appearance, if any, by notice from the assigned magistrate

///
///
///
///

judge. If the parties do not receive an assignment within fourteen (14) days of this Order, please contact this Court's Courtroom Deputy, Jennifer Ottolini, at 415-522-4173.

**IT IS SO ORDERED.**

Dated: September 28, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Referral Clerk