**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JORGE R. QUEZADA, | No. 09-CV-03670 JSW (NJV) |
| Plaintiff, | **ORDER REQUIRING PARTIES TO MEET AND CONFER RE: PENDING DISCOVERY DISPUTE** |
| v. | |
| CON-WAY, INC., | (Docket No. 86) |
| Defendant. | |

    The district court has referred the current discovery dispute and all discovery matters in this to the undersigned. (Doc. No. 86.) Counsel for both parties SHALL engage in an in-person meet and confer by October 23, 2012, regarding the pending discovery dispute. Given counsels' diverse locations, counsel may participate by telephone. Counsel shall engage in a meaningful meet and confer regarding outstanding discovery requests and the pending discovery dispute. Counsel shall notify the court's courtroom deputy, Gloria Masterson (Gloria_Masterson@cand.uscourts.gov), by email of the scheduled date for the in-person meet and confer. After the in-person meet and confer, the parties shall promptly file a single joint letter brief to the court informing the court of the status of the in-person meet and confer. If the parties are unable to resolve their discovery disputes after

the in-person meet and confer, the single joint letter brief, no longer than five pages, shall succinctly set forth the parties' positions on each disputed issue.

Per this Court's standing order, for future discovery-related motions, counsel must deliver two (2) chambers copies of all filings.

**IT IS SO ORDERED.**

DATED: October 2, 2012

_____
Nandor J. Vadas
United States Magistrate Judge