**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JORGE R. QUEZADA,<br><br>   Plaintiff,<br><br>   v.<br><br>CON-WAY, INC.,<br><br>   Defendant. | No. 09-CV-03670 JSW (NJV)<br><br>**ORDER SETTING HEARING ON DISCOVERY DISPUTE** |

The court has received the parties' letter briefs concerning the pending discovery dispute. The matter is HEREBY SET FOR HEARING on November 6, 2012, at 10:00. The parties may appear telephonically by dialing 888-684-8852, and entering access code 1868782 and security code 7416.

**IT IS SO ORDERED.**

DATED: October 31, 2012

_____
Nandor J. Vadas
United States Magistrate Judge