**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JORGE R. QUEZADA,<br><br>        Plaintiff,<br><br>  v.<br><br>CON-WAY, INC.,<br><br>        Defendant.<br>_____/ | No. 09-CV-03670 JSW (NJV)<br><br>**ORDER REQUIRING PARTIES TO MEET AND CONFER REGARDING PENDING DISCOVERY DISPUTE**<br><br>(Docket No. 94) |

On November 27, 2012, Plaintiff filed a motion for an order compelling further responses to deposition questions. (Docket no. 94.) Accordingly, IT IS HEREBY ORDERED as follows:

1) Counsel for both parties SHALL engage in a meaningful, in-person meet and confer no later than Monday, December 10, 2012, regarding the pending discovery dispute. Given counsels' diverse locations, counsel may participate by telephone. Counsel shall notify the court's courtroom deputy, Gloria Masterson (Gloria_Masterson@cand.uscourts.gov), by email of the scheduled date for the in-person meet and confer.

2) Any party refusing to meet and confer will be sanctioned.

3) After the in-person meet and confer, the parties shall promptly file a single joint letter brief to the court informing the court of the status of the in-person meet and confer. The letter brief shall be limited to five pages, with no more than ten pages of exhibits, to be shared equally between the parties. If the parties are unable to resolve their discovery dispute after

1 the in-person meet and confer, the single joint letter brief, no longer than five pages, shall
2 succinctly set forth the parties' positions on each disputed issue.
3 4) Plaintiff's motion is TAKEN OFF CALENDAR and no response to it shall be filed at this
4 time.

**IT IS SO ORDERED.**

DATED: December 3, 2012

_____
Nandor J. Vadas
United States Magistrate Judge