**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JORGE R. QUEZADA,<br><br>    Plaintiff,<br><br>v.<br><br>CON-WAY, INC.,<br><br>    Defendant.<br>_____/ | No. 09-CV-03670 JSW (NJV)<br><br>**ORDER RE MOTION TO COMPEL**<br><br>(Docket No. 94) |

    On November 27, 2012, Plaintiff filed a motion for an order compelling further responses to deposition questions. (Docket no. 94.) On December 3, 2012, the court entered an order requiring the parties to engage in a meaningful, in-person meet and confer regarding this discovery dispute. (Docket no. 96.)

    On December 18, 2012, the parties filed a joint letter brief informing the court that after meeting and conferring, they were able to resolve the discovery dispute. (Docket no. 97.) Accordingly, Plaintiff's motion to compel filed November 27, 2012, will be terminated as moot.

**IT IS SO ORDERED.**

DATED: December 19, 2012

                                                Nandor J. Vadas<br>
                                                United States Magistrate Judge