**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JORGE R. QUEZADA,

    Plaintiff,

  v.

CON-WAY, INC.,

    Defendant.

No. 09-CV-03670 JSW (NJV)

**ORDER REQUIRING PARTIES TO MEET AND CONFER RE PENDING DISCOVERY DISPUTE**

    The district court has referred all discovery matters in this case to the undersigned. (Doc. No. 86.) On February 8, 2013, the court received an email from Plaintiff's Counsel, indicating that a discovery dispute exists in this case regarding Defendant's response to Request No. 56. Counsel for both parties SHALL engage in an in-person meet and confer no later than February 19, 2013, regarding the pending discovery dispute. Given counsels' diverse locations, counsel may participate by telephone. Counsel shall engage in a meaningful meet and confer regarding outstanding discovery requests and the pending discovery dispute. Counsel shall notify the court's courtroom deputy, Gloria Masterson (Gloria_Masterson@cand.uscourts.gov), by email of the scheduled date for the in-person meet and confer. After the in-person meet and confer, the parties shall promptly file a single joint letter brief to the court informing the court of the status of the in-person meet and confer. If the parties are unable to resolve their discovery disputes after the in-person meet and

1 confer, the single joint letter brief, no longer than five pages, with five pages of exhibits, shall
2 succinctly set forth the parties' positions on each disputed issue.
3    Per this Court's standing order, for future discovery-related motions, counsel must deliver
4 two (2) chambers copies of all filings.
5 **IT IS SO ORDERED.**

7 DATED: February 11, 2013 _____
8 Nandor J. Vadas
United States Magistrate Judge