**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JORGE R. QUEZADA,

    Plaintiff,

v.

CON-WAY FREIGHT, INC.,

    Defendant.
                                      /

No. C 09-03670 JSW

JOSE ALBERTO FONSECA PINA and ROGELIO VIGIL,

    Plaintiffs,

v.

CON-WAY FREIGHT, INC.,

    Defendant.
                                      /

No. C 10-00100 JSW

**ORDER DENYING STIPULATED PROTECTIVE ORDER WITHOUT PRJEUDICE**

    The Court has received and considered the parties' proposed stipulated protective orders. The stipulated orders do not clearly state that the parties shall comply with Northern District Local Rule 79-5 and General Order 62 before seeking to file documents under seal. Accordingly, the Court DENIES the stipulations without prejudice.

    **IT IS SO ORDERED.**

Dated: March 12, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE