IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE R. QUEZADA,<br><br>    Plaintiff,<br><br>v.<br><br>CON-WAY FREIGHT, INC.,<br><br>    Defendant.<br>_____/ | No. C 09-03670 JSW |
| JOSE ALBERTO FONSECA PINA and ROGELIO VIGIL,<br><br>    Plaintiffs,<br><br>v.<br><br>CON-WAY FREIGHT, INC.,<br><br>    Defendant.<br>_____/ | No. C 10-00100 JSW<br><br>**ORDER DENYING STIPULATED PROTECTIVE ORDER WITHOUT PRJEUDICE** |

    The Court has received and considered the parties' proposed stipulated protective orders. The stipulated orders do not clearly state that the parties shall comply with Northern District Local Rule 79-5 and General Order 62 before seeking to file documents under seal. Accordingly, the Court DENIES the stipulations without prejudice.

    **IT IS SO ORDERED.**

Dated: March 12, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE