1    [ALL COUNSEL LISTED ON NEXT PAGE]

2

3

4

5

6

7

8

9                           UNITED STATES DISTRICT COURT

10                          NORTHERN DISTRICT OF CALIFORNIA

11

12

13   JORGE R. QUEZADA, individually, and on      )   Case No.  C 09-03670 JSW
     behalf of all others similarly situated,    )   Related to C 10 00100 JSW
14                                               )
                    Plaintiff,                   )
15                                               )   **STIPULATION TO ANSWER**
         v.                                      )   **STANDING AS RESPONSIVE**
16                                               )   **PLEADING TO THIRD AMENDED**
                                                 )   **COMPLAINT**
17   CON-WAY FREIGHT INC.,                       )
                                                 )
18                  Defendant.                   )
                                                 )
19                                               )
                                                 )
20   _____ )

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION: ANSWER AS RESPONSIVE
PLEADING                                            CASE NO. C 09-03670 JSW

1  KENNETH R. O'BRIEN, Bar No. 072128
   LITTLER MENDELSON
2  A Professional Corporation
   2520 Venture Oaks Way, Suite 390
3  Sacramento, CA 95833.4227
   Telephone:    916.830.7200
4  Facsimile:    916.561.0828

5  BARRETT K. GREEN, Bar No.
   LITTLER MENDELSON, P.C.
6  2049 Century Park East, 5th Floor
   Los Angeles, California  90067.3107
7  Telephone:    310.553.0308
   Facsimile:    310.553.5583
8
   RICHARD H. RAHM, Bar No. 130728
9  ANGELA J. RAFOTH, Bar No. 241966
   LITTLER MENDELSON
10 A Professional Corporation
   650 California Street, 20th Floor
11 San Francisco, CA 94108-2693
   Telephone:    415.439.6210
12 Facsimile:    415.520.9816

13 Attorneys for Defendant
   CON-WAY FREIGHT INC.
14
   MICHAEL L. CARVER, Bar No. 173633
15 MICHELLE M. LUNDE, Bar. No. 246585
   LABOR LAW OFFICE
16 A Professional Corporation
   1395 Ridgewood Drive, Suite 300
17 Chico, California  95973
   Telephone:  (530) 891-8503
18 Facsimile:  (530) 891-8512

19 R. DUANE WESTRUP, Bar No. 058610
   LAWRENCE R. CAGNEY, Bar No. 141845
20 WESTRUP KLICK LLP
   444 W. Ocean Boulevard, #1614
21 Long Beach, CA 90802-4524
   Telephone:    562.432.2551
22 Facsimile:    562.435.4856

23 Attorney for Plaintiff
   JORGE QUEZADA
24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION: ANSWER AS RESPONSIVE
PLEADING

CASE NO. C 09-03670 JSW

**STIPULATION**

The parties hereto, by and through their respective counsel, hereby stipulate and request the Court to order as follows:

WHEREAS, on February 22, 2013, Defendant Con-way Freight, Inc. ("Defendant") moved to stay proceedings in this case pending the Ninth Circuit's decisions in two pending appeals addressing the scope of federal preemption of California meal and rest break requirements;

WHEREAS, in opposition to Defendant's Motion to Stay, Plaintiff asserted that he had abandoned the cause of action for allegedly missed rest breaks asserted in the operative Second Amended Complaint;

WHEREAS, on March 25, 2013, the Court issued an Order denying Defendant's Motion to Stay and ordering Plaintiff to file an amended complaint omitting the rest-break claim on before April 2, 2013;

WHEREAS, on April 2, 2013, Plaintiff filed his Third Amended Complaint in this action, omitting his rest-break cause of action and making other minor changes to conform the pleading to other intervening proceedings in the case;

WHEREAS, when Plaintiffs filed their Second Amended Complaint, Defendant concluded that its earlier Answer to the Amended Complaint was sufficient to stand as it response to the Second Amended Complaint, and entered into a stipulation to that effect on July 14, 2010, which stipulation was accepted and so ordered by this Court;

WHEREAS, Defendant similarly concludes that an amended Answer is not necessary to address the changes in Plaintiff's allegations between the Second Amended Complaint and the now-operative Third Amended Complaint;

WHEREAS, the preparation of an Answer to the Third Amended Complaint would amount to an unnecessary expenditure of resources where the parties agree that the claims and defenses at issue in this matter are fairly raised by the current pleadings.

IT IS HEREBY STIPULATED AND AGREED, by and through the parties' respective counsel of record, that Defendant's existing Answer shall stand as its responsive pleading to Plaintiffs' Third Amended Complaint. Because the parties entered into a similar stipulation,

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION: ANSWER AS RESPONSIVE
PLEADING

2.

CASE NO. C 09-03670 JSW

approved by the Court, with regard to the Second Amended Complaint, the operative Answer incorporated here was filed in response to Plaintiff's Amended Complaint.

IT IS SO STIPULATED.

Dated: April 19, 2013

/s/ Angela J. Rafoth
RICHARD H. RAHM
ANGELA J. RAFOTH
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
CON-WAY FREIGHT INC.

Dated: April 19, 2013

/s/ Lawrence Cagney
LAWRENCE CAGNEY
WESTRUP KLICK LLP
Attorneys for Plaintiff
JORGE QUEZADA

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED:

Dated: __April 23__, 2013

HON. JEFFREY S. WHITE

Firmwide:119795452.3 012187.1046

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION: ANSWER AS RESPONSIVE PLEADING

3.

CASE NO. C 09-03670 JSW