IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JORGE R. QUEZADA,

    Plaintiff,

v.

CON-WAY FREIGHT, INC.,

    Defendant.

No. C 09-03670 JSW

**ORDER TO SHOW CAUSE**

By no later than April 26, 2013, the parties were required to file a joint case management conference statement. On April 25, 2013, plaintiff Jorge R. Quezada ("Quezada") filed a separate case management statement, along with a declaration detailing the efforts made to work with defendant Con-Way Freight, Inc. ("Con-Way") and to file a joint case management statement. On the evening of April 26, 2013, without any accompanying statement or explanation, Con-Way filed its own separate case management statement. The Court HEREBY ORDERS Con-Way to show cause ("OSC") in writing why it should not be sanctioned in the amount of $500 for its failure to meet and confer with Quezada and file a joint case management statement. Con-Way shall file its response to this OSC by no later than 10:30 a.m. on May 6, 2013.

**IT IS SO ORDERED.**

Dated: May 2, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE