**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JORGE R. QUEZADA, | No. 09-CV-03670 JSW (NJV) |
| Plaintiff, | **ORDER REQUIRING PARTIES TO MEET AND CONFER REGARDING PENDING DISCOVERY DISPUTE** |
| v. | |
| CON-WAY, INC., | (Docket No. 147) |
| Defendant. | |

On September 12, 2013, Plaintiff filed a motion to compel further responses to interrogatories. (Docket no. 147.) Accordingly, IT IS HEREBY ORDERED as follows:

1) Counsel for both parties SHALL engage in a meaningful, in-person meet and confer no later than Thursday, September 26, 2013, regarding the merits of the pending discovery dispute. Given counsel's diverse locations, counsel may participate by telephone. Counsel shall notify the court's courtroom deputy, Gloria Masterson (Gloria_Masterson@cand.uscourts.gov), by email of the scheduled date for the in-person meet and confer.

2) Any party refusing to meet and confer will be sanctioned.

3) After the in-person meet and confer, the parties shall promptly file a single joint letter brief informing the court of the status of the discovery dispute. The letter brief shall be limited to five pages, with no more than ten pages of exhibits, to be shared equally between the parties. If the parties are unable to resolve their discovery dispute after the in-person meet and

confer, the single joint letter brief, no longer than five pages, shall succinctly set forth the parties' positions on the merits of each disputed issue.

**IT IS SO ORDERED.**

DATED: September 19, 2013

Nandor J. Vadas
United States Magistrate Judge