**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JORGE R. QUEZADA, | No. 09-CV-03670 JSW (NJV) |
| Plaintiff, | **ORDER RE LETTER BRIEF** |
| v. | (Docket No. 152) |
| CON-WAY, INC., | |
| Defendant. | |

The parties SHALL FILE the letter brief required by the court's order of September 19, 2013, no later than 4:30 pm. on October 7, 2013.

**IT IS SO ORDERED.**

DATED: October 3, 2013

Nandor J. Vadas
United States Magistrate Judge