AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

Jorge R. Quezada

Plaintiff(s),

v.

Con-Way, Inc.

Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C09-3670 JSW

Notice is hereby given that, subject to approval by the court, Jorge R. Quezada substitutes
(Party (s) Name)
Marcus J. Bradley, Marlin & Saltzman _____, State Bar No 174156 as counsel of record in
(Name of New Attorney)

place of Westrup Klick, LLP
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Marlin & Saltzman
Address: 29229 Canwood St., Suite 208, Agoura Hills CA 91301
Telephone: (818) 991-8080       Facsimile (818) 991-8081
E-Mail (Optional): mbradley@marlinsaltzman.com

I consent to the above substitution.
Date: 10/7/2013
(Signature of Party (s))

I consent to being substituted.
Date: 10/7/2013
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/7/2013
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date October 15, 2013
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]