1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9    JORGE R. QUEZADA,

10          Plaintiff,                           No. C 09-03670 JSW

11      v.

12   CON-WAY FREIGHT, INC.,                      **ORDER REGARDING**
                                                 **DEFENDANT'S MOTION TO**
13          Defendant.                           **DECERTIFY**
     _____/

14

15          The Court is in receipt of defendant Con-Way Freight, Inc.'s ("Con-Way") request to

16   file a motion to decertify the class, as well as a request for an extension of page limits.  The

17   Court will allow Con-Way to file a motion to decertify the class, and will grant Con-Way an

18   extension of five pages.  The motion to decertify shall be filed by no later than October 31,

19   2013.  The Court will hear the motion on January 17, 2014.  The Court HEREBY CONTINUES

20   the pretrial conference and trial in this matter to March 31 and April 21, 2014, respectively.

21   Jury selection is also CONTINUED to April 16, 2014.

22          **IT IS SO ORDERED.**

23

24   Dated: October 16, 2013

25                                               JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE
26
27
28

_United States District Court_
For the Northern District of California