1
2
3
4
5
6
7
8
9
10
11

12  UNITED STATES DISTRICT COURT

13  NORTHERN DISTRICT OF CALIFORNIA

14

15  JORGE R. QUEZADA, individually, and on behalf of all others similarly situated,   Case No. C 09-03670 JSW

16  Plaintiff,   [PROPOSED] ORDER GRANTING JOINT REQUEST TO CONTINUE PRETRIAL CONFERENCE PENDING FILING OF STIPULATION FOR SETTLEMENT

17  v.

18  CON-WAY FREIGHT, INC.,   Final Pretrial Conference Date: July 28, 2014

19  Defendant.   Trial Date: August 25, 2014

20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING JOINT REQUEST TO
CONTINUE PRETRIAL CONFERENCE PENDING FILING OF
STIPULATION FOR SETTLEMENT

**ORDER**

The Court, having considered the parties' JOINT NOTICE OF TENTATIVE SETTLEMENT, AND JOINT REQUEST FOR CONTINUANCE OF PRETRIAL CONFERENCE PENDING FILING OF STIPULATION FOR SETTLEMENT and good cause appearing therefor, the Court hereby orders as follows:

1. The July 28, 2014 pre-trial conference is ~~off calendar;~~ continued to August 25, 2014. The pretrial conference will be vacated if the parties file a stipulation for settlement by August 4, 2014.

2. The parties have until August 4, 2014, to file the Stipulation For Settlement;

3. All related case management dates are continued pending the filing of the Stipulation For Settlement. The trial date is vacated and will be reset if necessary.

**IT IS SO ORDERED.**

DATED:  July 22, 2014

*Jeffrey S White*
HONORABLE JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE

ORDER GRANTING JOINT REQUEST TO CONTINUE
PRETRIAL CONFERENCE PENDING FILING OF        1.
STIPULATION FOR SETTLEMENT