UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE R. QUEZADA, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CON-WAY FREIGHT, INC.,<br><br>　　　　　　　Defendant. | Case No. C 09-03670 JSW<br><br>**[PROPOSED] ORDER SETTING SCHEDULE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Final Pretrial<br>Conference Date:　July 28, 2014<br>Trial Date:　　　　August 25, 2014 |

[PROPOSED] ORDER SETTING SCHEDULE FOR MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT

**ORDER**

        The Court, having considered the parties' JOINT STATUS REPORT, AND REQUEST FOR SCHEDULE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, and good cause appearing therefor, the Court hereby orders as follows:

        1.    Plaintiff and the class shall have until September 2, 2014, to file their Motion For Preliminary Approval Of Class Action Settlement; and

        2.    The trial date and all related case management dates are vacated.

**IT IS SO ORDERED.**

DATED: August 11, 2014

_____
HONORABLE JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE

ORDER SETTING SCHEDULE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT      1.